IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Cynthia J. Moya, Individually<br>and d/b/a Sew Cal Monogramming;<br>Kelly S. Smith, Individually and<br>d/b/a Sew Cal Monogramming,<br><br>        Defendants. | 2:09-cv-02287-GEB-JFM<br><br><u>ORDER RE: SETTLEMENT AND<br>DISPOSITION</u> |

        Plaintiff filed a "Notice of Settlement" on June 3, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 12.)

        Therefore, a dispositional document shall be filed no later than July 5, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the final pretrial conference is continued to commence at 1:30 p.m. on July 18, 2011, in the event no dispositional

document is filed, or if this action is not otherwise dismissed.[1]  A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).