IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )   2:09-cv-02287-GEB-JFM
          Plaintiff,           )
                               )
     v.                        )   ORDER OF DISMISSAL
                               )
Cynthia J. Moya, Individually  )
and d/b/a Sew Cal Monogramming;)
Kelly S. Smith, Individually and)
d/b/a Sew Cal Monogramming,    )
                               )
          Defendants.          )
_____)
```

Plaintiff filed a "Notice of Settlement" on June 3, 2011, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 12.)

Therefore, an "Order Re: Settlement and Disposition" was filed on June 7, 2011, which directed the parties to file a dispositional document no later than July 5, 2011. (ECF No. 13.) The June 7, 2011 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this

1

1  action, this action is dismissed without prejudice.

2        IT IS SO ORDERED.

3  Dated:  July 11, 2011

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge